# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | Case No. 21-01360-JJG-13 |
| Jose Romo | Chapter 13 |
| Debtor. | Judge Jeffrey J. Graham |

## WITHDRAWAL OF PROOF OF CLAIM 7-1

U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust ('Creditor'), by and through their undersigned counsel, hereby withdraws their Proof of Claim 7-1.

Respectfully Submitted,

/s/ D. Anthony Sottile
D. Anthony Sottile (27696-49)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that on June 14, 2021, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Thomas Gene Bradburn, Debtor's Counsel
    tbradburn@bradburnlaw.com

    John Morgan Hauber, Chapter 13 Trustee
    ecfmail@hauber13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on June 14, 2021, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jose Romo, Debtor
    2700 Cicero Road
    Noblesville, IN 46060

    /s/ D. Anthony Sottile
    D. Anthony Sottile (27696-49)
    Attorney for Creditor